■ Elfie Knecht, Respondent-Appellant, v Dusica Radulovic, Defendant, Miladin Gasic, Respondent-Appellant, Sweater Bee by Banff, Ltd., Respondent, and Banff, Ltd., Appellant-Respondent.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on or about August 11, 1988, unanimously affirmed, without costs and without disbursements. The cross appeal taken by plaintiff is dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ Norah Maroulis, Individually and as Executrix of Rose Rabey, Deceased, Respondent, v David Berg et al., Appellants, et al., Defendants.—Two orders, Supreme Court, New York County (David Edwards, Jr., J.), entered on August 9, 1988 and February 1, 1989, respectively, unanimously affirmed. Respondent shall recover of appellants $250 costs and disbursements of these appeals. Application to strike appellants' reply brief is denied. No opinion. Concur—Sullivan, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ In the Matter of Joel Winograd, an Attorney.—Motion granted to the extent of referring this matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing pursuant to Judiciary Law § 90 (4) (h); and the suspension of respondent is continued pending receipt by this court of the report of the Departmental Disciplinary Committee, and the further order of this court. Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Carro, JJ.